# EXHIBIT 1

# COURT REFERENCE LETTER

October 19, 2020

RE: Mr. Benjamin (Benny) Hung's case

Dear Honorable Judge,

My name is Annie Brassard, a community volunteer leader and 2019 National Parent of the Year in California. On behalf of our community volunteers and families, we are proud to offer our recommendation of Benjamin (Benny) Hung whom we have personally known for the last 15 years through the local school PTA and community service activities.

During our relationship with Benny for many volunteer projects, we have experienced that he always shows up on time, works hard, and carries his family's important values in serving the community in a polite, respectable manner. Benny grew up in San Marino in a very reputable family committed to serving the San Marino Unified School District and the Greater San Gabriel Valley communities. During high school, Benny was a hardworking student and an outstanding football player who helped the team and lifted the families in the community of San Marino.

By knowing Benny's wonderful attitude, character, and his genuine heart for serving others, it is our hope that you take note of this letter of recommendation for Benny's case, as we truly believe Benny is not and has never been a threat to our community. Thank you very much!

Sincerely,

*Annie Brassard*       *[signature]*       *[signature]*

*Paul Brassard*       *[signature]*       *[signature]*

1

Annie Brassard, Scott Kwong, Dr. Andrew Kindler, Paul Brassard, Fang Fang Ho, Tina Wong, Aaron Gil, Christine Tung, Calvin Lo, Dr. Mary Hsu, Grace Lightfoot, and Dr. Queenie Ng

2