# EXHIBIT 3

Dennis S Magrdichian
430 Northcliff Rd
Pasadena CA  91107
magrdichian@gmail.com


October 17, 2020


RE:  Benjamin Jong Ren Hung


To the Honorable Judge,


I am writing on behalf of Benjamin Jong Ren Hung (Benny).  My relationship with Benny began some fifteen years ago when I became acquainted with his father, Isaac at a Rotary Club Meeting.  Isaac and I quickly forged a friendship with a lasting bond.  For both of us, this meant we developed relationships with each other's wife's and children.

As you are presented with information about Benny that does not align with the young man I know, I respectfully would like to share my personal relationship with Benny as he is known to me.  It begins with sitting at the Hung's kitchen table each Saturday while Isaac and I would meet for our Bible Study.  Most often, Benny would overhear the scripture or conversation his dad and I would have and come to participate in our discussion, showing his passion for the scripture and values they represent.  Afterwards we would be joined by whichever "kids" who are now young men and their friends as we enjoyed food, conversation and much laughter.  Benny has always been respectful, considerate and I always enjoy his bear hug greetings.  He has also been a leader and positive inspiration to those in his age group.

Concerning the issue of firearms, I share Benny's hobby of shooting and have enjoyed events sponsored by the Rotary Club of San Marino along with trips with the Hung family to shooting grounds.  At no time did Benny exhibit anything other than enjoyment for the sport.

In consideration of your time, I do not want to make this a lengthy letter.  I will be available to you to confirm the facts in this letter and to provide any additional Information you may request.

Respectfully,

*Dennis S Magrdichian*
Dennis S Magrdichian