# EXHIBIT 5



| Store | Date | Terminal |
|---|---|---|
| 9539 | 05/31/2020 | 40 |

| Type | Transaction # | Operator |
|---|---|---|
| SALE | 5197 | 2589368 |

**Transaction Detail**

```
(*MFRE -     65468, FRE - 410260836 *)
    2589368    SALE     5197 9539 040
L&T YRN CREME COTT
191518141900         MDS 1      9.99
0000076082   DISCOUNT 35.0      3.50-
L&T YRN CREME COTT
191518141818         MDS 1      9.99
0000076082   DISCOUNT 35.0      3.50-
L&T BAMBOO HOOP 9I
886946446764         MDS 1      1.89
FI TOTAL CNTRL RZR
20335058460          MDS 1     19.99
DMC FLOSS BOBBINS
77540386697          MDS 1      1.99
CEL TOPPERS RKT/HA
191518145588         MDS 1      2.99
0000076125   DISCOUNT 50.0      1.50-
CLO CHIBI DARNING
51221356216          MDS 1      4.99
CEL BAKING CUP RWB
191518148213         MDS 1      2.99
0000076125   DISCOUNT 50.0      1.50-
CLO QUICK LOCKING
51221730313          MDS 1      7.49
CEL BAKING CUP WBR
191518148220         MDS 1      2.99
0000076125   DISCOUNT 50.0      1.50-
WIL STAR CONFETTI
70896086259          MDS 1N     2.99
0000076125   DISCOUNT 50.0N     1.50-
AMOUR CROCHET HOOK
51221736728          MDS 1     79.99
AMOUR CROCHET HOOK
51221736728          MDS 1     79.99-V
L&T HOOK ALUM B
886946951923         MDS 1      4.99
L&T HOOK ALUM D
886946951947         MDS 1      5.79
EMB NEEDLES 3/9
```

```
 77540382569          MDS 1      2.99
COUPON 400100465424 WAS SCANNED.
 465424999000 DISCOUNT 30.0     6.00-
 465424999000 DISCOUNT 30.0     2.25-
 465424999000 DISCOUNT 30.0     1.74-
 465424999000 DISCOUNT 29.0     1.49-
 465424999000 DISCOUNT 30.0     1.50-
 465424999000 DISCOUNT 29.0      .89-
 465424999000 DISCOUNT 30.0      .60-
 465424999000 DISCOUNT 30.0      .57-
            SUBTOTAL           54.02
     SALES TAX 10.25%           5.38
               TOTAL           59.40
APPROVED
-> 434256XXXXXX0225
ACCOUNT NUMBER       434256XXXXXX0225
    DEBIT                      59.40
    APPROVAL: 082669 CHIP ONLINE
PIN VERIFIED
     APPLICATION LABEL: US DEBIT
     AID: A0000000980840
     TVR: 8080048000
     TSI: 6800
   00022807900007399800015408100000000
                      5/31/20  16:48
           YOU SAVED $    28.04
COUPON(S) APPLIED:
  400100465424  CPN GET ITM30%
RETURN BARCODE NUMBER:
890817285695917420679118014063506
```