# EXHIBIT 6

# (Thumbdrive)

# LODGED MANUALLY