1  Stephen G. Larson (SBN 145225)
   *slarson@larsonllp.com*
2  Hilary L. Potashner (SBN 167060)
   *hpotashner@larsonllp.com*
3  Jerry A. Behnke (SBN 180462)
   *jbehnke@larsonllp.com*
4  **LARSON O'BRIEN LLP**
   555 South Flower Street, Suite 4400
5  Los Angeles, California 90071
   Telephone:(213) 436-4888
6  Facsimile: (213) 623-2000

7  Attorneys for Benjamin Jong Ren Hung

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:20-CR-00452 SVW |
| Plaintiff, | **NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT IN SUPPORT OF DEFENDANT BENJAMIN HUNG'S APPLICATION FOR REVIEW OF DETENTION ORDER & REQUEST FOR HEARING** |
| vs. | |
| Benjamin Jong Ren Hung, | |
| Defendant. | [*Filed concurrently with Application for Review of Detention Order*] |
| | Hon. Stephen V. Wilson |

LARSON·O'BRIEN LLP
LOS ANGELES

NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT ISO DEFENDANT'S APPLICATION FOR REVIEW OF DETENTION ORDER & REQUEST FOR HEARING

1  PLEASE TAKE NOTICE that Defendant hereby lodges his non-paper
2  physical exhibit, a USB drive containing a digital copy of videos of the May 31,
3  2020 incident as Exhibit 6 being filed in support of Defendant's Application for
4  Review of Detention Order and Request for Hearing.

6  Dated: October 21, 2020          Respectfully submitted,

                                    LARSON O'BRIEN LLP

                                    By:  /s/ *Stephen G. Larson*
                                         Stephen G. Larson
                                         Hilary Potashner
                                         Jerry A. Behnke
                                    Attorneys for Benjamin Jong Ren Hung

LARSON·O'BRIEN LLP
LOS ANGELES

1
NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT ISO DEFENDANT'S APPLICATION FOR REVIEW OF DETENTION ORDER & REQUEST FOR HEARING

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Suite 4400, Los Angeles, CA 90071.

On October 21, 2020, I served true copies of the following document(s) described as **DEFENDANT BENJAMIN HUNG'S NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT ISO DEFENDANT'S APPLICATION FOR REVIEW OF DETENTION ORDER & REQUEST FOR HEARING** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 21, 2020, at Los Angeles, California.

_____
Yvonne Gutierrez

LARSON · O'BRIEN LLP
LOS ANGELES

1
NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT ISO DEFENDANT'S APPLICATION FOR REVIEW OF DETENTION ORDER & REQUEST FOR HEARING

# SERVICE LIST

| | |
|---|---|
| NICOLA T. HANNA<br>United States Attorney<br>CHRISTOPHER D. GRIGG<br>Assistant United States Attorney<br>Chief, National Security Division<br>DAVID T. RYAN<br>Assistant United States Attorney<br>Terrorism and Export Crimes Section<br>FRANCES S. LEWIS<br>Assistant United States Attorney<br>Public Corruption and Civil Rights Section<br>1500 United States Courthouse<br>312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-4491/4850<br>Facsimile: (213) 894-2979<br>E-mail: david.ryan@usdoj.gov<br>frances.lewis@usdoj.gov | Attorneys for UNITED STATES OF AMERICA |

LARSON·O'BRIEN LLP
LOS ANGELES

2

NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT ISO DEFENDANT'S APPLICATION FOR REVIEW OF DETENTION ORDER & REQUEST FOR HEARING