<u>DECLARATION OF SPECIAL AGENT DIAMOND OUTLAW</u>

I, Diamond Outlaw, declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On or about October 5, 2020, I and other FBI Special Agents interviewed a witness, identified herein as CW-1. CW-1 said that he was in Benjamin Hung's ("defendant's") truck, known as the "War Rig," with defendant on the night of May 30, 2020. CW-1 said that defendant first drove through Pasadena looking to confront protestors, but after failing to find protestors he decided to drive to downtown Los Angeles. CW-1 said that when they came upon groups of protestors downtown, defendant would scream at them, "Fuck you!" and "I will kill you!" and then coal-roll them before driving away to confront a new group. CW-1 said that as they left downtown that night, defendant was "amped up" by the encounter and in awe of seeing the protests in person.

3. I reviewed a video seized from defendant's cell phone pursuant to a federal search warrant. The video appears to have been taken by defendant's wife during their encounter with protestors in Pasadena, California, on the afternoon of May 31, 2020. The video, taken from inside the truck shows that after defendant accelerated from a complete stop and began to drive into the intersection, a protestor threw a cup at the truck, as defendant's wife yelled out, "train horn his ass!" and defendant blared his horn, leaned out his window, and yelled "fuck you guys!"

4.   I reviewed body camera footage taken by Pasadena Police Department police officers following their detention of defendant on May 31, 2020. According to that footage, officers asked defendant and his wife what had happened and they told police officers they had been shopping at a nearby Sephora store and were trying to leave when they were charged by protestors. According to witness interviews conducted by other FBI Special Agents and photographs provided by other FBI Special Agents, the Sephora store where defendant and his wife said they were shopping has been closed and boarded up due to the COVID-19 pandemic since March 2020 and was closed on May 31, 2020.

5.   According to the Pasadena Police Department body camera footage, police officers asked defendant if the truck and the items inside it belonged to him, and defendant said no, it was "not my truck, it's just a work truck that we use for our business," and "a lot" of the items inside did not belong to him.

6.   I reviewed a video seized from defendant's cell phone pursuant to a federal search warrant. The video was taken on April 12, 2020, and shows defendant wearing a black fanny pack and practicing quickly pulling a firearm from it.

7.   I reviewed text messages seized from defendant's cell phone pursuant to a federal search warrant. In one message, defendant wrote to an associate in August 2020 that the "war rig is a national icon" and that neighbors had recently approached him "like I was some kind of greek god of a patriot" and wanted to "shake my hand and pat my truck." Defendant wrote that the neighbors were "ready to fight the full civil war if need be."

8.  I reviewed a video and photographs seized from defendant's cell phone pursuant to a federal search warrant. The video and photographs appear to have been taken inside a firearm store on December 26, 2017.

9.  During his October 5, 2020 interview, CW-1 said that he bought a Glock 26 as well as a Glock 43 for defendant on December 26, 2017, and then transported both firearms across state lines for defendant the next week, delivering them to defendant's "training grounds" at his family's vineyard in Lodi, California. In total, CW-1 admitted that he made seven different straw purchases of firearms for defendant between 2014 and 2018. CW-1 recalled that defendant first asked if he had an Oregon driver's license, and when CW-1 said he did, defendant asked if CW-1 would buy firearms for him. CW-1 described several times when defendant would drive him to a firearm store, select one or more firearms, take him outside and hand him cash, and then send him back inside to buy the firearms with the cash and falsely certify on the ATF forms that he was the actual transferee/buyer.

10. On September 23, 2020, FBI Special Agents executed search warrants at defendant's house and his family's vineyard in Lodi, California. From my review of FBI reports of the search of defendant's house, I know that FBI Special Agents seized seven rifles, two pistols, over 10,000 rounds of ammunition, several loaded high-capacity magazines, and large quantities of tactical assault equipment including body armor, holsters, suppressors (silencers), sights, and scopes. From my review of FBI reports of the search of the vineyard, I know that FBI Special Agents seized ten rifles, ten pistols, over 60,000 rounds of ammunition, and similar tactical

3

1 assault equipment.  From my review of FBI reports, I know that FBI
2 Special Agents also seized from both locations numerous firearm
3 parts, such as upper and lower receivers used for manufacturing and
4 modifying firearms

5    11.  I reviewed the below photograph seized from defendant's
6 cell phone pursuant to a federal search warrant.  The photograph
7 appears to have been taken at defendant's house in April 2020 and
8 shows some (but not all) of the items agents later seized:



21    12.  According to a Special Agent from the Bureau of Alcohol,
22 Tobacco, Firearms, and Explosives ("ATF"), on or about October 23,
23 2020, the ATF Special Agent examined the firearms seized from the
24 house and vineyard in Lodi, California in this case, and determined
25 that three of the AR-15 semi-automatic rifles seized from defendant's
26 house had been modified into short-barreled rifles, possession of
27 which is prohibited under federal law, and three of the rifles seized

from the vineyard had been modified and qualified as assault rifles, possession of which is prohibited under California law.

13. From my review of FBI reports of the searches of defendant's home and vineyard, and my discussions with FBI Special Agents, I know that agents did not locate two of the three rifles defendant purchased in Oregon in March 2020, discussed in paragraphs 50-57 of the criminal complaint in this case. Agents also have not located a firearm defendant bought in Oregon from a different store on March 29, 2020, or the second firearm that CW-1 bought for defendant on December 26, 2017.

14. From my review of summaries of bank and PayPal records created by other FBI Special Agents, I know that those records show that defendant bought at least $8,500 worth of tactical gear and ammunition between 2018 and May 2020, and he bought approximately $20,000 worth of similar equipment between June and August 2020.

15. During his October 5, 2020 interview, CW-1 said that after CW-1 moved to Los Angeles in early 2020, he and "the boys," including several of the same individuals on the group text messages, would get together when defendant visited Los Angeles. CW-1 said that defendant would assert that health restrictions ostensibly due to COVID-19 were actually a plot by the government to "control us," that the government was purposefully allowing civil unrest as a pretext to use the military to take away guns and other freedoms from citizens, and that they needed to be ready when things got out of hand.

16. I reviewed the following text messages seized from defendant's cell phone pursuant to a federal search warrant, sent to members of a group chat called "Shooters of the Nest": (1) on August 31, 2020, defendant sent a video to the Shooters of the Nest of what

5

appears to be a protest where certain individuals are smashing car windows and wrote that it was a "target rich environment . . . what do you need an AR-15 for;" (2) on September 6, 2020, another person wrote a message to the group, which defendant "Liked," showing a hunter standing over a killed boar and the text, "gunna be replaced with Antifa soon if they keep acting up;" (3) on September 10, 2020, shortly after wildfires broke out in Oregon, defendant wrote to the group, "Antifa terrorists caught setting fires," to which an associate replied, "fuckers need to be burned at stake; and (4) on September 11, 2020, defendant sent photographs to the group showing him outfitting a helmet with night vision goggles next to two AR-15s, and an associate replied, "Antifa worst nightmare . . . can you imagine Antifa rolling up in Lodi thinking its sweet and the King Bernardo hunts you down." Defendant replied, "no fly zone where things magically disappear or become grape fertilizer."

17.   I reviewed the following message seized from defendant's cell phone pursuant to a federal search warrant, which defendant appears to have sent to himself on August 22, 2020, describing what he would do if the "mob" came through his neighborhood: "If you come to intimidate or harm me and mine, better come ready for the 7th level of hell. You won't find me in bed, startled and frantic. I will be death from the shadows, you will never see or know I was there. A ghost. Disturbing the peace and safety of our babies in the middle of the night will come at the ultimate price. I will be operating a $10,000 night vision setup and a $5000 mk18 rifle behind a pile of fully loaded 100 round drum mags. Come to our neighborhood and threaten our babies?!? These scum will pray for a quick death and hope we don't bring em back to our subterranean 'interrogation'

chamber. Where the fun really begins and I make them tell me where their families live. These scum are a lethal disease to the future prosperity and well being of our children. We will eradicate them accordingly."

18. From my review of photographs and FBI reports of the search of defendant's house, I know that agents found a bong, a marijuana pipe, and multiple pill bottles filled with marijuana inside the house.

19. During his October 5, 2020, interview, CW-1 said that for the several years he had known defendant, defendant used marijuana daily, regularly provided marijuana to CW-1 and the rest of "the boys" during gatherings, and also used cocaine and ecstasy.

20. Based on my discussions with other FBI Special Agents who interviewed defendant's wife, I know that when agents asked her if defendant owned any firearms, she initially said that he did not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Los Angeles, California, on October 29, 2020.

_____
SPECIAL AGENT DIAMOND OUTLAW