Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
BENJAMIN HUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-452-SVW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO THE SETTING OF BOND CONDITIONS** |
| BENJAMIN HUNG, | |
| Defendant. | |

Defendant BENJAMIN HUNG, by and through his counsel of record, Larson LLP, and plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney David Ryan, hereby stipulate that:

1. HUNG shall post third-party affidavits of surety signed by Isaac and Celia Hung in the total amount of $10 million to be justified by the posting of real property;
2. The properties to be posted shall include properties located at 1057 Old Mill Road, Pasadena, CA 91108; 2040 Fair Park Avenue, Los Angeles, CA 90041; 1550 Amherst Drive, Los Angeles, CA 90025; and, 1601-1627 Amberwood Drive, South Pasadena, CA 91030;
3. Counsel for HUNG shall arrange for the transfer of the Winchester XPR (serial number 357ZR05273), presently located in San Marino, California,

and the Mossberg 4664 22 caliber rifle (serial number LA068565) and Glock 43 9 millimeter pistol (serial number BCFU215), presently located in Lodi, California, to Special Agents of the Federal Bureau of Investigation at those locations;

4. HUNG agrees to the conditions of pretrial release set forth in Exhibit 1.

5. In light of the Court's Order issued October 30, 2020 (Dkt. 35), the government agrees that upon approval by the United States Attorney's Office and posting of the above-described bond, and the transfer of the above-described firearms, HUNG shall be deemed in compliance with the Court's Order and thus shall be released on pretrial supervision pursuant to the conditions set forth in Exhibit 1.

6. In light of the foregoing, the parties propose that the hearing presently set for November 4, 2020 be vacated.

IT IS SO STIPULATED.

Dated: November 3, 2020          LARSON LLP

                                 By:    /s/ *Stephen G. Larson*
                                        Stephen G. Larson
                                        Hilary Potashner

                                 Attorneys for Defendant
                                 BENJAMIN HUNG

Dated: November 3, 2020          UNITED STATES ATTORNEY

                                 By:    /s/ *David Ryan*
                                        Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA