Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jerry A. Behnke (SBN 180462)
jbehnke@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
BENJAMIN HUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BENJAMIN HUNG,<br><br>　　　　　Defendant. | Case No. 5:20-CR-452-SVW<br><br>**STIPULATION REGARDING BOND MODIFICATION** |

STIPULATION RE BOND MODIFICATION

1  Defendant BENJAMIN HUNG, by and through his counsel of record, Larson
2  LLP, and plaintiff United States of America, by and through its counsel of record,
3  Assistant United States Attorney David Ryan, hereby submit the following
4  stipulation to modify the bond.
5  WHEREAS, on November 4, 2020, the Court set the condition that
6  BENJAMIN HUNG avoid all contact, directly or indirectly (including by any
7  electronic means) with any person who is a known victim or witness in the subject
8  investigation or prosecution.
9  NOW, the parties hereby agree and stipulate that the bond be modified to
10 permit BENJAMIN HUNG to have contact with the following family members and
11 family employees: Emily Shen; Celia Hung; Isaac Hung; Joseph Hung; Kellie
12 Hung; Myron Hung; Ashlyn Hung; Eric Shen; Alice Deng; Katherine Shen; Linda
13 Wrong; and Richard Esterman.
14 FURTHERMORE, the parties hereby agree and stipulate that, as a condition
15 of the bond, BENJAMIN HUNG shall refrain from discussing the above-entitled
16 matter, including matters related to the May 31, 2020 incident or other potential
17 firearms violations related to firearms seized by the government in connection with
18 this case, with Joseph Hung, Kellie Hung, or Richard Esterman.
19 IT IS SO STIPULATED.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

///
///

Dated: November 24, 2020

By: /s/ [signature]
BENJAMIN HUNG
Defendant

Dated: November 24, 2020      LARSON LLP

By: /s/ *Stephen G. Larson*[1]
STEPHEN G. LARSON
HILARY POTASHNER
JERRY A. BEHNKE

Attorneys for Defendant
BENJAMIN HUNG

Dated: November 24, 2020      NICOLA T. HANNA
UNITED STATES ATTORNEY

By: /s/ *David T. Ryan*
DAVID T. RYAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] Pursuant to Local Rule 5-4.3.4, I attest that the attorneys for Plaintiff, United States of America, concur in this filing's content and have authorized its filing.

3
STIPULATION REGARDING BOND MODIFICATION