*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

Date: 11/20/2020

Re: Release Order Authorization
Docket Number: 2:20-04508M-*
Defendant: Hung, Benjamin Jong Ren

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Jamille D. Nicholas
U.S. Probation and Pretrial Services Officer
Telephone Ext: 213-276-5923

SUP 323
REV. 11/2020