UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>BENJAMIN HUNG,<br><br>        Defendant. | Case No. 2:20-CR-452-SVW<br><br>**ORDER REGARDING BOND MODIFICATION** |

1       GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY
2 ORDERS that BENJAMIN HUNG shall be permitted to have contact with the
3 following family members and family employees: Emily Shen; Celia Hung; Isaac
4 Hung; Joseph Hung; Kellie Hung; Myron Hung; Ashlyn Hung; Eric Shen; Alice
5 Deng; Katherine Shen; Linda Wrong; and Richard Esterman.
6       IT IS FURTHER ORDERED, as a condition of the bond set in this matter,
7 that BENJAMIN HUNG shall refrain from discussing the above-entitled matter,
8 including matters related to the May 31, 2020 incident or other potential firearms
9 violations related to firearms seized by the government in connection with this case,
10 with Joseph Hung, Kellie Hung, or Richard Esterman.

12 DATED:   November 25, 2020

                                          /s/ Stephen V. Wilson
                                      HON. STEPHEN V. WILSON
                                      United States District Judge