**This page is part of your document - DO NOT DISCARD**

**20201478547**



Pages:
0006

FILED
CLERK, U.S. DISTRICT COURT
11/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: jb   DEPUTY

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**11/18/20 AT 08:00AM**

| | |
|---|---:|
| FEES: | 59.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 209.00 |



**LEADSHEET**



202011180290054

00019340899



011455246

SEQ:
04

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

E08_201118_8274274

FOR REFERENCE ONLY: 20201478547

RECORDING REQUESTED BY

ISAAC HUNG   CHICAGO TITLE

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 EAST TEMPLE STREET, STE. TS-134
LOS ANGELES, CA 90012

ACCOMODATION    (SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

THIS DEED OF TRUST, Made this __9__ day of __November__, __2020__, between __Isaac Hung and Celia Hung, trustees of The Hung Family Trust, Dated April 28, 1992__, herein called TRUSTOR, whose address is __1057 OLD MILL ROAD, SAN MARINO, CA 91108__; __FIRST AMERICAN TITLE CO, INC__ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY;
WITNESSETH: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale, that property in __LOS ANGELES__ County, California, common address __1057 OLD MILL ROAD, SAN MARINO, CA 91180__, legally described as:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF
APN: 5325-016-049

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __BENJAMIN JONG REN HUNG__ in Case No. __2:20-CR-00452-SVW-1__, which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __2,000,000.00__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

CR-5 (05/18)    SHORT FORM DEED OF TRUST    Page 1 of 4

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth. THE HUNG FAMILY TRUST, DATED APRIL 28, 1992

X _____ *Jimmy* TRUSTEE. _____  ISAAC HUNG, AS TRUSTEE
Signature of Trustor                                       Print Name of Trustor

X _____ *Celia* TRUSTEE _____  CELIA HUNG, AS TRUSTEE
Signature of Trustor                                       Print Name of Trustor

State of _____ *See Attached Notarial Certificate* ss.  County of _____

On _____ before me, _____ personally appeared
                                (name, title of officer, i.e., "Jane Doe, Notary Public")

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

X _____
Signature

**CERTIFICATE OF RECORDATION**
(To be used only by Office of the Clerk.)

This is to certify that the interest in real property conveyed by the deed dated _____ from _____ to CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, a governmental agency, is hereby accepted by order of the Court on _____ and the grantee consents to recordation thereof by its duly authorized Deputy Clerk(s).

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date _____           By Deputy _____

**REQUEST FOR FULL RECONVEYANCE**
(To be used only when note has been satisfied)

Date _____ To _____, Trustee.

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:                    Clerk, U. S. District Court
                                         Central District of California

                                         _____
                                         Deputy Clerk

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.*
*Both must be delivered to the Trustee for cancellation before reconveyance will be made.*

CR-5 (05/18)                SHORT FORM DEED OF TRUST                Page 2 of 4

## California All-Purpose Certificate of Acknowledgment

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California** } s.s
**County of Los Angeles**

On __11/11/2020__ before me, DONALD VALLECILLO, NOTARY PUBLIC,

personally appeared __Isaac Hung and Celia Hung__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

DONALD VALLECILLO
Notary Public – California
Los Angeles County
Commission # 2211357
My Comm. Expires Aug 25, 2021

Seal

----------OPTIONAL INFORMATION----------

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons on the attached document.

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of __Short Form Deed of Trust and Assignment of Rents Case No CR 00452-SVW-1__

Containing __5__ pages, and dated __11/11/2020__.

# EXHIBIT A

For APN/Parcel ID(s): 5325-016-049

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN MARINO, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL NO. 1:

A PORTION OF LOT THIRTY-THREE (33), OAK KNOLL SHEET "B", IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP THEREOF RECORDED IN BOOK 10 PAGES 118 AND 119 OF MAPS, ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF THAT PARCEL OF LAND DESIGNATED AS PARCEL 1 IN CONVEYANCE FROM HUNTINGTON LAND AND IMPROVEMENT COMPANY TO MADELEINE K. CONLEY, WIFE OF E.H. CONLEY, DATED THE 19TH DAY OF SEPTEMBER, 1945 AND RECORDED IN BOOK 22459 AT PAGE 401 OF OFFICIAL RECORDS OF SAID COUNTY; THENCE NORTH 72 DEGREES 00 MINUTES EAST ALONG THE SOUTHERLY LINE OF ABOVE MENTIONED CONVEYED PARCEL, ONE HUNDRED TWENTY-FIVE AND FIFTY-FOUR HUNDREDTHS (125.54) FEET, MORE OR LESS, TO THE NORTHWEST CORNER OF THAT PARCEL OF LAND CONVEYED BY HUNTINGTON LAND AND IMPROVEMENT COMPANY TO ALBERT L. SHIPLEY AND ADELLE SHIPLEY, HUSBAND AND WIFE, AS JOINT TENANTS ON THE 21ST DAY OF MAY,1945, BY DEED RECORDED JULY 18, 1945, IN BOOK 22090 AT PAGE 264 OF OFFICIAL RECORDS OF SAID COUNTY; THENCE SOUTH 30 DEGREES 01 MINUTES 30 SECONDS EAST ALONG THE WESTERLY LINE OF LAST MENTIONED CONVEYED PARCEL, TWO HUNDRED TWENTY-ONE AND THIRTY-TWO HUNDREDTHS (221.32) FEET, MORE OR LESS, TO OLD MILL ROAD; THENCE WESTERLY ALONG OLD MILL ROAD, FIFTY-NINE AND FORTY-FOUR HUNDREDTHS (59.44) FEET, MORE OR LESS, TO THE SOUTHEASTERLY PROLONGATION OF A CURVE WHICH IS CONCENTRIC WITH THE NORTHEASTERLY LINE OF LOT K OF SAID OAK KNOLL SHEET "B" AND WHICH LIES TWENTY (20.00) FEET DISTANT NORTHEASTERLY THEREFROM, MEASURED RADIALLY; THENCE NORTHWESTERLY ALONG SAID CONCENTRIC CURVE, ONE HUNDRED SIXTY-NINE AND THIRTEEN HUNDREDTHS (169.13) FEET, MORE OR LESS, TO ITS INTERSECTION WITH THE WESTERLY LINE OF SAID LOT THIRTY-THREE (33); THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT THIRTY-THREE (33), NINETY-FIVE AND THIRTY-NINE HUNDREDTHS (95.39) FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL NO. 2:

THAT PORTION OF LOT THIRTY-THREE (33), OAK KNOLL, SHEET "B", IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP THEREOF RECORDED IN BOOK 10 AT PAGES 118 AND 119 OF MAPS, ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA, LYING SOUTHWESTERLY OF THE SOUTHWESTERLY LINE OF THAT PARCEL OF LAND DESCRIBED AS PARCEL NO. 1 IN DEED FROM HUNTINGTON LAND AND IMPROVEMENT COMPANY TO PAUL F. KOEHL AND GEORGIA K. KOEHL, DATED THE 16TH DAY OF MAY, 1949 AND RECORDED IN BOOK 31143 AT PAGES 215 TO 218 INCLUSIVE OF OFFICIAL RECORDS OF SAID COUNTY.

PARCEL NO. 3:

# EXHIBIT A
(continued)

THAT PORTION OF LOT K OF OAK KNOLL, SHEET "B", IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP THEREOF RECORDED IN BOOK 10 AT PAGES 118 AND 119 OF MAPS, ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA, LYING NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING AT THE SOUTHEAST CORNER OF LOT THIRTY-SIX (36) OF SAID OAK KNOLL, SHEET "B"; THENCE SOUTHEASTERLY IN A DIRECT LINE TO THE MOST EASTERLY CORNER OF LOT ELEVEN (11) OF TRACT NUMBER 8709, AS PER MAP THEREOF RECORDED IN BOOK 114 AT PAGE 99 OF Maps, records OF SAID COUNTY.