UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00452-SVW-1 |
| Date | May 12, 2021 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE - video

Interpreter

| Joseph Remigio - video | Lisa Gonzalez - video | Frances S. Lewis - video |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Benjamin Jong Ren Hung - video | X | | | | X | | X |

**Proceedings:**   ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| _____ | Waiver of Indictment filed |
| __X__ | Defendant is ARRAIGNED and specifically advised of his rights in exact language contained in "Statement of Defendant's Constitutional Rights". |
| __X__ | Defendant states true name is _as charged_. |
| _____ | COPY indictment/information given deft. |
| __X__ | Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea. |
| __X__ | Defendant waives reading of Information. |
| __X__ | Defendant moves to change plea to the SUPERSEDING Information.  ORDER Motion granted. |
| __X__ | Defendant sworn |
| __X__ | Defendant enters new and different plea of GUILTY to Count(s) One (1) through Eleven (11) of the Superseding Information. |
| __X__ | The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.  The Court ORDERS the plea accepted and entered. |
| __X__ | The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to for **August 23, 2021, at 11:00 am** for sentencing. |
| _____ | The Court Further ORDERS _____ |
| __X__ | Other _Hearing held via Zoom video conference.  Recording prohibited.  Defendant waives personal appearance and acknowleges waiver of indictment._ |
| _____ | Plea agreement marked as exhibit 1. (attached hereto) |

                                                                                                       :   40

Initials of Deputy Clerk   jre

cc: USPO
    USM
    PSLA