Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jerry A. Behnke (SBN 180462)
*jbehnke@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
BENJAMIN JONG REN HUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENJAMIN JONG REN HUNG,

Defendant.

Case No. 2:20-CR-00452-SVW

Hon. Stephen V. Wilson

**STIPULATION TO CONTINUE SENTENCING HEARING OF DEFENDANT BENJAMIN JONG REN HUNG**

**CURRENT HEARING DATE: August 23, 2021, at 11:00 a.m.**

**[PROPOSED] HEARING DATE: October 25, 2021 at 10:00 a.m.**

Defendant BENJAMIN JONG REN HUNG, by and through his counsel of record, Larson LLP, and plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys David T. Ryan and Frances S. Lewis, (collectively, the "Parties") hereby submit the following joint stipulation:

WHEREAS, on May 12, 2021, pursuant to a plea agreement, Mr. Hung pleaded guilty to Counts One through Eleven of the First Superseding Information in this action;

WHEREAS, the sentencing hearing is scheduled for August 23, 2021 at 11:00 a.m.;

WHEREAS, counsel for Mr. Hung requires additional time to prepare and to assemble relevant evidence; and

WHEREAS, Plaintiff United States of America does not object to continuing the sentencing hearing.

NOW THEREFORE, the Parties respectfully request that the Court:

(1) Continue the sentencing hearing in this matter to October 25, 2021 at 10:00 a.m., or as soon thereafter as is convenient for the Court; and

(2) Allow the Parties to file, by October 11, 2021, (a) any objections to the Presentence Investigation Report in this matter and the United States Probation Office's recommendation letter, and (b) the sentencing positions of the Parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: July 28, 2021

LARSON LLP

By: /s/ Hilary Potashner[1]

Stephen G. Larson
Hilary Potashner
Jerry A. Behnke
Attorneys for Defendant
BENJAMIN JONG REN HUNG

Dated: July 27, 2021

UNITED STATES ATTORNEY

By: /s/ David T. Ryan

David T. Ryan
Frances S. Lewis
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

[1] Pursuant to Local Rule 5-4.3.4, I attest that the attorneys for Plaintiff, United States of America, concur in this filing's content and have authorized its filing.