

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:    ☐ Chief Deputy    ☐ Fiscal

**Re:** Verification of Surrender to Bureau of Prisons or Report to United States Probation

Case Number: 2:20-cr-00452-SVW-1

Defendant's Name: Benjamin Jong Ren Hung

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 2/10/2022. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** 2/10/22, **it was verified the defendant:**

☐   the Bureau of Prisons was unable to provide information as the above-named defendant.

☐   has commenced their electronic monitoring.

☐   has completed their electronic monitoring.

☐   has reported to the U.S. Probation Office.

☑   has surrendered to the Bureau of Prisons.

☑   Other: Surrendered at Terminal Island facility

**Verified via**   ☐ telephone or   ☑ **e-mail with the following:**

☐   U.S. Probation Officer: _____ ,
*(Name of Officer)*

☐   Bureau of Prisons: _____ ,
*(Name of Officer)*

☑   U.S. Marshal: Zulma Machado ,
*(Name of Officer)*

2/11/2022                    By  lori_muraoka@cacd.uscourts.gov
Date                                        Deputy Clerk

CR-86 (11/08)                **VERIFICATION OF SURRENDER**