UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00452-SVW |
|---|---|
| Plaintiff, | Hon. Stephen V. Wilson |
| vs. | [~~PROPOSED~~] **ORDER RE: TRANSFER OF PROPERTY** |
| BENJAMIN JONG REN HUNG, | |
| Defendant. | (*Filed concurrently with Ex Parte Application; Declarations of C. Hung and H. Potashner]* |

GOOD CAUSING HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following property be released to Celia Hung:

- Alexander Arms AAR15 Complete Lower Receiver VIN/SERIAL No. GRENDEL2031;
- BRAZTECH VIN/SERIAL No. SK128598;
- FN PS90 5.7x28mm Caliber Rifle with Scope and Magazine VIN/Serial No. FN069730;
- Remington 870 Tactical 12 Gauge Shotgun RS09049K;
- Allied Armament AK47 S/N: KK20144, caliber 7.62x39 mm with magazine
- Keltec Sub 2000 9mm Rifle VIN/Serial No. FSU98 with two magazines.

DATED:  March 10 , 2023

_____
HONORABLE STEPHEN V. WILSON
United States District Judge